Disposition of Petitions for Discretionary Review Under G.S. 7A-31

## TARKINGTON v. TARKINGTON

No. 147 PC.

No. 40 (Fall Term).

Case below: 45 N.C. App. 476.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 June 1980.

## TAYLOR v. DELIVERY SERVICE

No. 157 PC.

Case below: 45 N.C. App. 682.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 June 1980.

## THOMAS v. DELOATCH and LONG v. DELOATCH

No. 141 PC.

Case below: 45 N.C. App. 322.

Petition by defendant and third party plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

## THOMAS v. POOLE

No. 98 PC.

Case below: 45 N.C. App. 260.

Petition by defendant for reconsideration of the case denied 3 June 1980.

## TRUST CO. v. SMITH

No. 155 PC.

Case below: 44 N.C. App. 685.

Petition by defendants Smith for discretionary review under G.S. 7A-31 denied 3 June 1980.